1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

IT IS SO ORDERED

Judge James Ware

9                 UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12  MIN FENG,                            )
                                         )
13              Plaintiff,               )  No. C 06-4633 JW
                                         )
14        v.                             )
                                         )
15  MICHAEL CHERTOFF, Secretary of the   )  **STIPULATION TO EXTEND DATE OF**
    Department of Homeland Security;     )  **CASE MANAGEMENT CONFERENCE;**
16  EMILIO T. GONZALEZ, Director, U.S.   )  **AND [PROPOSED] ORDER**
    Citizenship and Immigration Services;)
17  CONDOLEEZZA RICE, Secretary of State,)
    Department of State;                 )
18  JOSEPH P. MARTIN, Officer in Charge, )
    USCIS Beijing Office,                )
19                                       )
                Defendants.              )
20  _____ )

21      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

22  of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of the case

23  management conference in light of the reasonable likelihood that this case may be administratively

24  resolved and that the case may be moot.

25      1.  The plaintiff filed a mandamus complaint on July 28, 2006, asking this Court to direct the

26  defendants adjudicate an I-730 petition and issue travel documents to the plaintiff's child.

27      2.  The defendants filed and served an answer to the complaint on September 28, 2006.

28      3.  A case management conference is currently scheduled for November 27, 2006.  The parties

1  have filed a joint case management statement.

2      4.  The parties agree that there is a reasonable likelihood that this case can be administratively

3  resolved in the next 30 days and that the case will be moot.

4      5.  Accordingly, the parties respectfully ask this Court to extend the date of the Case

5  Management Conference by 30 days.

6      6.  If the case becomes moot, the parties will file a stipulation to dismiss.  If the case if not

7  administratively resolved, the parties will file a joint case management conference statement 7

8  days in advance of the re-scheduled Case Management Conference.

9

   Date: November 21, 2006                    Respectfully submitted,
10
                                              KEVIN V. RYAN
11                                            United States Attorney

12

13                                                   /s/
                                              EDWARD A. OLSEN
14                                            Assistant United States Attorney
                                              Attorneys for Defendants
15

16
                                                     /s/
17 Date: November 21, 2006                    JUSTIN X. WANG
                                              Attorney for Plaintiff
18

19
                                          **ORDER**
20
       Pursuant to stipulation, IT IS SO ORDERED.
21     The Court continues the case management conference presently
       scheduled for November 27, 2006 to January 22, 2007 at 10 AM
22     accommodate the parties' efforts in resolving the case.

23 Date: November 22, 2006
                                          JAMES WARE
24                                        United States District Judge

25

26

27

28

   Stipulation to Extend Date of CMC
   C 06-4633 JW