United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Min Feng, | NO. C 06-04633 JW |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE; SETTING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| Michael Chertoff, et al., | |
| Defendants. | |

In light of the parties' joint case management statement, the Court vacates the conference presently scheduled for January 22, 2007 and sets a hearing on cross-motions for summary judgment for **June 25, 2007 at 9 a.m.** The parties shall adhere to the briefing schedule pursuant to the Civil Local Rules of the Court.

Dated: January 17, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Edward A. Olsen edward.olsen@usdoj.gov
Justin X. Wang justin@lawbw.com

**Dated:  January 17, 2007**               **Richard W. Wieking, Clerk**

                                           **By:  /s/ JW Chambers**
                                                **Elizabeth Garcia**
                                                **Courtroom Deputy**