SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIN FENG,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; CONDOLEEZZA RICE, Secretary of State, Department of State; JOSEPH P. MARTIN, Officer in Charge, USCIS Beijing Office,<br><br>            Defendants. | No. C 06-4633 JW<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

   Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismiss the above-entitled action in light of the following:

   1. The plaintiff filed a mandamus complaint on July 28, 2006, asking this Court to direct the defendants adjudicate an I-730 petition and issue travel documents to the plaintiff's child.

   2. The defendants filed and served an answer to the complaint on September 28, 2006.

   3. On January 18, 2007, this Court issued an order vacating the case management conference and setting a hearing on the parties' cross-motions for summary judgment for June 25, 2007, at

STIPULATION TO DISMISS
C 06-4633 JW

1  9:00 a.m.

2  4. The plaintiff's child is scheduled for an interview at the United States Embassy in Beijing,
3  China on May 17, 2007.

4  5. In light of the fact that the defendants are expeditiously processing the I-730 petition that is
5  the subject of this case, and will continue to do so, the parties agree to dismiss this action without
6  prejudice.

7  6. Each of the parties shall bear their own costs and fees.

Date: May 10, 2007                                  Respectfully submitted,

                                                    SCOTT N. SCHOOLS
                                                    United States Attorney


                                                         /s/
                                                    EDWARD A. OLSEN
                                                    Assistant United States Attorney
                                                    Attorneys for Defendants


                                                         /s/
Date: May 10, 2007                                  JUSTIN X. WANG
                                                    Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.


Date: May  14 , 2007                                _____
                                                    JAMES WARE
                                                    United States District Judge

STIPULATION TO DISMISS
C 06-4633 JW